CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JARED S. BUSZIN (NYBN 5285838)
E. WISTAR WILSON (CABN 324705)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Jared.Buszin@usdoj.gov
Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YIMIN "KELLY" LU,<br><br>Defendant. | NO. 26-CR-128-CRB<br><br>STIPULATION TO SET BRIEFING SCHEDULE AND [~~PROPOSED~~] ORDER |

On July 21, 2026, the defendant filed a motion to dismiss the indictment for lack of venue, with a noticed hearing date of August 26, 2026. Pursuant to the local rules, the government's response is due on July 28, 206. The government is seeking to extend its deadline to respond to the motion to August 7, 2026, with the defendant's reply brief due by August 14, 2026. Counsel for the government in this matter has numerous existing deadlines and other commitments, including briefing deadlines for a heavily contested sentencing hearing and a trial scheduled to begin on July 27, 2026. Counsel for the government has also been the duty AUSA in San Francisco for the week of July 20th. Accordingly, more time is needed for the government to evaluate the defendant's motion and prepare a response.

The defendant does not object to the requested extension.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: July 24, 2026

/s/
JARED S. BUSZIN
E. WISTAR WILSON
Assistant United States Attorneys

DATED: July 24, 2026

/s/
NED SMOCK
Counsel for Defendant YIMIN "KELLY" LU

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the deadline for the government's response to the defendant's motion to dismiss, Dkt. 10, shall be extended to August 7, 2026. The defendant shall file her reply brief, if any, by no later than August 14, 2026.

IT IS SO ORDERED.

DATED: July 27, 2026

HON. CHARLES R. BREYER
United States District Judge