CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

JARED S. BUSZIN (NYBN 5285838)
E. WISTAR WILSON (CABN 324705)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
FAX: (415) 436-7234
Jared.Buszin@usdoj.gov
Wistar.Wilson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>YIMIN "KELLY" LU,<br><br>Defendants. | Case No. 26-CR-128 CRB<br><br>NOTICE OF MANUAL FILING OF EXHIBIT A |

Regarding: Exhibit A as to the declaration of Jared Buszin in support of United States' opposition to defendant's motion to dismiss for lack of venue.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The Exhibit A as to the declaration of Jared Buszin in support of United States' opposition to

defendant's motion to dismiss for lack of venue noted above were not e-filed for the following reason:

[X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

DATED: August 7, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
JARED S. BUSZIN
Assistant United States Attorney